**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **HOME INSTEAD INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:07CV325** |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **RANDY KAMENETSKY, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the court on the plaintiff's Motion to Stay Proceedings (Filing No. 11). The plaintiff requests an order staying all proceedings through December 31, 2007, in order to allow the defendants an opportunity to comply with the terms and conditions of the parties' settlement agreement and subsequent agreement. The defendants did not respond to the motion. Upon consideration,

**IT IS ORDERED:**

All proceedings in this case are stayed **until December 31, 2007,** or upon further order of this court.

Dated this 16th day of October, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge