## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **HOME INSTEAD, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:07CV325** |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **RANDY KAMENETSKY,** | ) | |
| **aka Rostislav Kamenetsky, and** | ) | |
| **KEMENETSKY CORP.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the court on the plaintiff's Notice of Dismissal (Filing No. 16). The plaintiff seeks to voluntarily dismiss this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1) prior to the defendant's service of an answer.  Upon consideration,

**IT IS ORDERED** that the plaintiff's Notice of Dismissal (Filing No. 16) is adopted and this case is dismissed without prejudice.

DATED this 4th day of January, 2008.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge